**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JACOB KELLNER and DEVORA KELLNER,<br><br>Plaintiffs,<br>v.<br><br>AMAZON, OFFICERS, DIRECTORS, AND SHAREHOLDERS,<br><br>Defendants. | Civil Action No. 22-01124<br><br>**ORDER** |

CASTNER, District Judge

For the reasons set forth in the accompanying Opinion, and for good cause shown,

**IT IS** on this 23rd day of February, 2023,

**ORDERED** that the Motion to Dismiss filed by Defendant Amazon Services LLC ("Defendant" or "Amazon") (ECF No. 13) is hereby denied without prejudice; and it is further

**ORDERED** that Defendant may refile its Motion in accordance with the requirements of Federal Rule of Civil Procedure 56 within fourteen (14) days of this Order; and it is further

**ORDERED** that Plaintiffs will have twenty-one (21) days to provide appropriate submissions and documentation pursuant to Rule 56; and it is further

**ORDERED** that any reply by Defendant will be due seven (7) days thereafter.

Date: February 23, 2023                                    /s/ Georgette Castner
                                                                            GEORGETTE CASTNER, U.S.D.J.